UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF KENTUCKY

IN RE:

CAIR HEATING AND COOLING, LLC

                Debtor(s)          Case No. 23-31622
                                              Chapter 7

WM. STEPHEN REISZ

                Plaintiff(s)          AP No.   25-3032

vs

OSORIO AIR COMFORT LLC
                Defendant (s)

**SUMMONS AND SCHEDULING ORDER
IN AN ADVERSARY PROCEEDING**

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall submit a motion or answer to the complaint within 35 days.

All pleadings filed by attorneys and trustees are to be filed electronically. If you have any questions, please contact the Clerk's Office at 502-627-5700.

| |
|---|
| **Name of Plaintiff's Attorney**: WILLIAM STEPHEN REISZ |
| **Plaintiff's attorney will receive automatic electronic notice of your answer when it is filed with the court.** |

If you make a motion in lieu of filing an answer, your time to answer will then be governed by Bankruptcy Rule 7012.

**IT IS HEREBY ORDERED**  that, pursuant to Bankruptcy Rule 7016, a pretrial hearing is scheduled for **September 23rd, 2025 at 11:00 a.m. (Eastern Time) in Courtroom #3, Fifth Floor, Gene Snyder U.S. Courthouse, 601 West Broadway, Louisville, Kentucky.**   Motions for continuance of the pretrial must be filed at least fourteen (14) days prior to the hearing. **If defendant files an answer, parties shall meet to discuss settlement, complete discovery, and file required initial disclosures and other documents pursuant to Bankruptcy Rule 7026.**

**IT IS FURTHER ORDERED** that if the defendant fails to file an answer, failure to do so will be deemed to be consent to entry by the Bankruptcy Court of a Judgment by Default against said defendant for the relief demanded in the complaint. If the defendant fails to file an answer or motion, the plaintiff shall within fourteen (14) days after the last day for filing the answer, file a Motion for Default Judgment together with an affidavit stating that the defendant is not incompetent, an infant or soldier/sailor serving overseas. **IN THE EVENT THE PLAINTIFF SHALL FAIL TO FILE SAID MOTION FOR DEFAULT JUDGMENT, THIS ACTION MAY BE DISMISSED BY THE COURT.**

**IT IS FINALLY ORDERED** that failure to comply with this Order may result in dismissal of this adversary proceeding and/or other appropriate sanctions.

A copy of this Summons/Scheduling Order, as well as a copy of the complaint, shall be served on all defendants by plaintiff or plaintiff's agent. Upon service, the certificate of service attached to the summons should be completed by the plaintiff or plaintiff's agent and then filed with the Court (if filing electronically, the appropriate event is Summons Service Executed on the Adversary Complaint & Summons menu).

**Elizabeth H. Parks**
**Clerk of the Bankruptcy Court**

**Date: July 14, 2025**                                By: /s/ T. PRESTON
                                                          Deputy Clerk

(This summons has been reproduced electronically. Questions about its authenticity should be directed to the U.S. Bankruptcy Court, Western District of Kentucky, 502-627-5700 from 8:30 am to 4:00 p.m Eastern time Monday through Friday.)

Adv. Case No.    25-3032

**CERTIFICATE OF SERVICE**

I, _____, certify that the service of this summons, including the Scheduling Order and a copy of the complaint, was made _____ (date) by:

☐    Mail service:  Regular, first class United States mail, postage fully pre-paid, addressed to:

☐    Personal Service:  By leaving the process with defendant or with an officer or agent of defendant at:

☐    Residence Service:  By leaving the process with the following adult at:

☐    Publication:  The defendant was served as follows:  [Describe briefly]

☐    Certified Mail Service on an Insured Depository Institution:  By sending the process by certified mail addressed to the  following officer of the defendant at:

☐    State Law:  The defendant was served pursuant to the laws of the State of _____, as follows: [Describe briefly]                                                                                                                                                  (name of state)

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

*Date*                                                                                                                                      *Signature*

| Print Name |
| --- |
| Business Address |
| City                              State                              Zip |